UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JOHN P. VOGES, III**,

    Plaintiff,

v.                                            CASE NO. 3:15-cv-1470-J-25PDB

**ENHANCED RECOVERY COMPANY, LLC**,

    Defendant.
_____/

**O R D E R**

Before the Court is the parties' Joint Report Regarding Settlement and Request for Settlement Conference With Magistrate Judge (Dkt. 11).   Upon consideration, it is

**ORDERED** that this matter is referred to United States Magistrate Judge Patricia D. Barksdale, for the purpose of conducting a settlement conference.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of March, 2016.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:  Counsel of Record