## Settlement

Defendant Enhanced Recovery Company, L.L.C. and Plaintiff John P. Voges, III enter into this Settlement Agreement and Release of all Claims relating to Case No. 3:15-cv-1470

Whereas, Voges has alleged that he was not paid for all hours worked

Whereas, Enhanced Recovery Company denies all claims made by Voges;

Whereas, there exists a bona fide dispute between Voges and Enhanced Recovery Company whether Enhanced Recovery Company is ~~not~~ liable to Voges for any unpaid wages pursuant to the Fair Labor Standards Act, and the parties desire to amicably resolve all these claims and any others which could have been included in the Case No. 3:15-cv-1470.

NOW THEREFORE, in consideration of the mutual promises and covenants contained herein, the receipt and sufficiency of which is hereby acknowledged, Voges and Enhanced Recovery Company agree to resolve all disputes between them relating to Case No. 3:15-cv-1470.

1. Enhanced Recovery Company agrees to pay Voges on behalf of himself, his heirs, executors, successors, and assigns, and Voges agrees to accept the total sum of One Thousand and No Cents Dollars ($1,000.00) paid as a payroll check with appropriate deductions and withholdings ~~a~~ after the judge approves

① of ②

the settlement with the delivery of the two settlement checks by 9:00 am on May 16, 2016 to 4467 Melissa Court, West, Jacksonville, Florida 32210. The settlement amount reflects #431.00 in Court costs, #252.00 in unpaid wages, and the remainder in liquidated damages and additional settlement amount.

Voges will receive a W-2 in 2017 for the #252.00 in unpaid wages.

Nothing in this Agreement shall constitute an admission by Enhanced Recovery Company as evidence of any wrongdoing or a violation of a statute. Judgment is not entered against Enhanced Recovery Company.

Civil Case No 3:15-CV-1470 will be dismissed with prejudice after the judge approves this Settlement Agreement.

IN WITNESS WHEREOF the undersigned have hereto set their signatures

_____
John P. Voges III

Date: 5-9-16

_____
On behalf of Enhanced Recovery Company LLC

Date: 5-8-16

② of ②